**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cr-04067-SRB-3 |
| | ) | |
| DIJON RASHEED BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant's motions for severance and to dismiss be denied. (Doc. #76). Defendant did not file an objection to the Report and Recommendation. After an independent and careful review, the Court adopts Judge Whitworth's finds of fact and conclusions of law.

Accordingly, it is hereby

ORDERED that Judge Whitworth's Report and Recommendation (Doc. #76) shall be attached to and made part of this Order, and Defendant's Motion to Dismiss Indictment (Doc. #31) and Motion for Severance (Doc. #33) are DENIED.

**IT IS SO ORDERED.**

DATED: <u>July 12, 2016</u>                    <u>/s/ Stephen R. Bough</u>
                                                JUDGE STEPHEN R. BOUGH
                                                UNITED STATES DISTRICT COURT