# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cr-04067-SRB-3 |
| | ) | |
| DIJON RASHEED BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant Brown's Motion to Suppress Evidence be denied. (Doc. #250). Defendant Brown filed objections to the Report and Recommendation (Doc. #256) asking the Court to sustain his Motion to Suppress Evidence (Doc. #203) and suppress all evidence and statements following the execution of an anticipatory search warrant on or about November 10, 2015. Defendant Brown argues: 1) there were insufficient facts to establish probable cause for the issuance of the anticipatory search warrant; 2) the triggering event to execute the anticipatory search warrant never occurred; and 3) the officers did not have an objectively reasonable belief that probable cause existed to enter the house.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant Brown's objections, and ADOPTS Judge Whitworth's Report and Recommendation (Doc. #250).  Defendant Brown's Motion to Suppress Evidence (Doc. #203) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: August 1, 2017